Opinion issued November 3, 2011.

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


 

 

 

 

In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-00912-CV

———————————

JORFUI DOLLY
KANDEH AND JD HOMECARE, INC., Appellants

V.

GEORGIA
FAYE HARRIS,
Appellee



 



 

On Appeal from the 434th District Court 

Fort Bend County, Texas



Trial Court Cause No. 10DCV181384

 



MEMORANDUM OPINION

Appellants have filed a motion to dismiss the
appeal.  No opinion has issued.  Accordingly, we grant the motion and dismiss
the appeal.  See Tex. R. App. P. 42.1(a)(1).

We dismiss all other pending motions as moot.  We direct the Clerk to issue the mandate
within 10 days of the date of this opinion. 
See Tex. R. App. P. 18.1.

PER CURIAM

Panel
consists of Justices Jennings, Sharp, and Brown.